IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JACQUELYN MOORE | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   **Case No.: 1:24-cv-01600-EA** |
| | * |
| DEPUTY JESSE PATTERSON, et al. | * |
| | * |
|     Defendants. | * |

## SUBSTITUTION OF APPEARANCE

Mr./Mdme. Clerk:

    Please strike the appearance of Christopher R. Dunn as counsel for the Defendant, USAA [improperly named USAA Casualty Insurance Company], and enter the appearance of Andrew B. Greenspan as counsel for the Defendant USAA, and continue the appearance of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP.

                  Respectfully submitted,

                  DeCARO, DORAN, SICILIANO,
                  GALLAGHER, & DeBLASIS, LLP

| | |
|---|---|
| /s/   Christopher R. Dunn | /s/   Andrew B. Greenspan |
| Christopher R. Dunn, #05278 | Andrew B. Greenspan, #03980 |
| 17251 Melford Boulevard, Suite 200 | 17251 Melford Boulevard, Suite 200 |
| Bowie, Maryland  20715 | Bowie, Maryland  20715 |
| (301) 352-4950 /(301) 352-8691 - fax | (301) 352-4950 /(301) 352-8691 - fax |
| cdunn@decarodoran.com | agreenspan@decarodoran.com |
| ***Counsel for Defendant USAA*** | ***Counsel for Defendant USAA*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **3rd** day of **January, 2025**, a copy of the foregoing was efiled to all counsel of record.

/s/ Andrew B. Greenspan

Andrew B. Greenspan